KENT S. ROBINSON  
Acting United States Attorney  
District of Oregon  
**STEPHEN F. PEIFER, OSB #742520**  
Assistant United States Attorney  
1000 SW Third Avenue, Suite 600  
Portland, OR  97204-2902  
Steve.Peifer@usdoj.gov  
Phone: (503) 727-1012  
Fax: (503) 727-1117  
    Attorneys for the United States of America

FILED'09 AUG 07 12:08 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 09-101-BR |
| v. | **ORDER FOR EXAMINATION OF DEFENDANT TO DETERMINE EXISTENCE OF INSANITY, AND COMMITMENT ORDER** |
| **CURTIS DEWAYNE SMITH,** | |
| **Defendant.** | |

    This matter came before the court on August 7, 2009, on motion of the government for psychiatric or psychological examination of defendant to determine existence of insanity, pursuant to Rule 12.2(1)(c)(B) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 4241(a) and 4247(b) and (c). Defendant appeared in person, in the custody of the U.S. Marshal, and with his attorney, Gerald M. Needham. The United States appeared by Assistant United States Attorney Stephen F. Peifer.

    The court FINDS that defendant has filed notice to the government under Rule 12.2(a) of his intent to rely on the defense of insanity at the time of the charged offense. Under Rule

12.2(1)(c)(B), the court must, upon the government's motion, order defendant to be examined as provided in 18 U.S.C. § 4242.

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. §§ 4242 and 4247(b), defendant is hereby committed for a reasonable period, but not to exceed 45 days, to the custody of the Attorney General for placement in a suitable facility and that defendant be examined as provided in § 4242, with a psychological or psychiatric report prepared by the examiner and filed with the court as required by § 4247(c) *no later than October 2, 2009*.

Any delay caused by the above examinations will be excludeable under the Speedy Trial Act, 18 U.S.C. § 3161(a).

IT IS FURTHER ORDERED that the U.S. Marshals shall transport defendant to a facility designated by the Bureau of Prisons for the dual purposes of conducting the required examinations.

IT IS SO ORDERED this 7th day of August, 2009.

_____
The Honorable Anna J. Brown
United States District Judge

Presented by:

s/ Stephen F. Peifer
STEPHEN F. PEIFER, OSB #742520
Assistant United States Attorney